UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR SNOWDEN,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO and Does 1-10, Inclusive,<br><br>    Defendants. | Case: 2:15-CV-01102-MCE-CKD<br><br>**ORDER** |

Pursuant to F.R.CIV.P.41(a)(1) and the parties' Stipulation (ECF No. 10), this action is hereby DISMISSED with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  February 22, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT